

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Anthony Tamanha Rios, Appellant

No. 06-13-00059-CR     v.

The State of Texas, Appellee

Appeal from the 241st District Court of Smith County, Texas (Tr. Ct. No. 241-1551-12).   Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to spell Rios' middle name of Tamanha correctly.  It was spelled "Tamanda" in the trial court's judgment.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Anthony Tamanha Rios, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 19, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk